## ASSIGNMENT OF STATUTORY RIGHT OF REDEMPTION FROM FORECLOSURE

STATE OF ALABAMA )
JEFFERSON COUNTY )

KNOW ALL MEN BY THESE PRESENTS:
That on May 7, 2020, in consideration of Fifty and No/100 Dollars ($50.00) and other good and valuable consideration, paid in hand to the undersigned, the receipt and sufficiency whereof is hereby acknowledged, I, the undersigned Jimmy W. Massingill, Jr. ("Assignor"), as the debtor and mortgagor, and being over the age of nineteen years and of sound mind, do hereby assign, grant, bargain, sell, transfer and convey my right of redemption from foreclosure of that certain MORTGAGE executed by me to Alabama Ag Credit, FLCA, as Lender, on October 4, 2017, and recorded in the Perry County, Alabama, Office of the Judge of Probate, at MORT 626 Page 8, on November 6, 2017, together with all other right title and interest of Assignor in and to the property described or referred to in the aforesaid mortgage to Will Kadish, his heirs and assigns.

The property mortgaged was sold at foreclosure sale on December 17, 2019, and a foreclosure deed was recorded in the aforesaid Office of the Judge of Probate on December 27, 2019 at Deed 629 Page 292 (which foreclosure deed is attached hereto as Exhibit A):

SEE PROPERTY LEGAL DESCRIPTION IN EXHIBIT A

_____
Jimmy W. Massingill, Jr.

STATE OF **ALABAMA**
JEFFERSON COUNTY )

I, the undersigned notary for said County and in said State, hereby certify that Jimmy W. Massingill, Jr, whose name is signed to the foregoing instrument, and who is known to me, .acknowledged before me on this day that, being informed the contents of said Instrument, he executed the same voluntarily on the day the same bears date.

Given under my official hand and seal this the 7th day of May, 2020.

Teresa W Mauterer
Notary Public
My commission expires: 1/31/2024

Exhibit 1



```
DEED      629    292
Recorded In Above Book and Page
     12/27/2019 11:20:59 AM
        Eldora B. Anderson
         Judge of Probate
               Perry
```

STATE OF ALABAMA )
:
COUNTY OF PERRY )

## MORTGAGE FORECLOSURE DEED

KNOW ALL MEN BY THESE PRESENTS:

```
Deed Tax         962.50
Recording Fee     18.00
TOTAL            980.50
```

WHEREAS, heretofore on, October 4, 2017, to wit, Jimmy Walker Masingill, Jr. A/K/A Jim W. Masingill, Jr., a married man, executed and delivered to Alabama Ag Credit, FLCA, a mortgage conveying to Alabama Ag Credit, FLCA, the property hereinafter described, which said mortgage was given to secure an indebtedness there in mentioned, and which mortgage is recorded in the Office of the Judge of Probate of Perry County, Alabama in Mortgage Book 626, at Page 8; and

WHEREAS, it was provided in said Mortgage that if a default was made in the payment of the note, and each and every installment thereof, evidencing the indebtedness secured by said Mortgage as they or any part thereof became due, then Mortgagee would have the right to declare the entire indebtedness secured by said Mortgage due and payable at once and to sell the property conveyed by said mortgage at public outcry for cash at the Perry County Courthouse door in the City of Marion, Alabama, after first giving notice of the time, place and terms of said sale for three weeks by publication in any newspaper then published in said County; and

WHEREAS, it was further provided in said Mortgage that in the event of such sale the said Mortgagee was authorized and empowered to purchase the property conveyed in said Mortgage if the higher bidder therefore, the same as if it were a stranger to said conveyance and in such event the auctioneer or person making said sale was empowered, directed and authorized to execute a deed to such purchaser at said sale in the name of the Mortgagor; and

WHEREAS, default was made in the payment of the indebtedness secured by said Mortgage and said, Alabama Ag Credit, FLCA, as Mortgagee, did declare all of the indebtedness secured by said Mortgage due and payable; and

WHEREAS, Alabama Ag Credit, FLCA, as Mortgagee, acting under the power of sale contained in said Mortgage, did give notice for three weeks by weekly insertion in The Marion Times Standard, a newspaper of general circulation published in Perry County, Alabama, in its issues of October 30, 2019, November 6, 2019, and November 13, 2019, that it would sell said property at the Perry County Courthouse door in the City of Marion, Alabama, at auction to the highest bidder for cash, during the legal hours of sale on December 17, 2019; and

WHEREAS, after having given said notice, Alabama Ag Credit, FLCA, as Mortgagee, on the 17th day of December, 2019, during the legal hours of sale, did offer said property to the highest bidder for cash at the Perry County Courthouse door in the City of Marion, Alabama; and

WHEREAS, Donald Lacy, Ronald Morrison and Jerry Adams, being the highest, best and last bidder at said sale, became the purchaser of said property at and for the sum of Nine Hundred Sixty Two Thousand Four Hundred Thirty Three and 20/100 Dollars ($962,433.20).

NOW, THEREFORE, Jimmy Walker Masingill, Jr. A/K/A Jim W. Masingill, Jr., by Bowdy J. Brown, the auctioneer making said sale, and Bowdy J. Brown, as said auctioneer, for and in consideration of the premises and the sum of Nine Hundred Sixty Two Thousand Four Hundred Thirty Three and 20/100 Dollars ($962,433.20) applied by, Alabama Ag Credit, FLCA, as Mortgagee, to the indebtedness secured by said mortgage, do hereby Grant, Bargain, Sell and Convey unto the said, Donald Lacy, Ronald Morrison and Jerry Adams, their heirs and assigns, the following described property, situated in Perry County, State of Alabama, to-wit:

The Southeast 1/4 of the Northeast 1/4 of Section 2, Township 20 North, Range 7 East.

The South Half of the Northwest Quarter; the Southwest Quarter; the West Half of the Southeast Quarter; the South Half of the Northeast Quarter; the Northeast Quarter of the Northeast Quarter; and the South Half of the Northwest Quarter of the Northeast Quarter of Section 1, Township 20 North, Range 7 East, Perry County, Alabama.

The West Half of the Northwest Quarter of Section 6, Township 20 North, Range 8 East, Perry County, Alabama. LESS AND EXCEPT an undivided one-half (1/2) interest in and to all oil, gas and other minerals situated in, on and under the real estate herein above described as recorded in the Office of the Judge of Probate of Perry County, Alabama, in Book 531 at Page 387.

DEED    629    293

The North half of the Northeast Quarter of the Southeast Quarter (N 1/2 of the NE 1/4 of the SE 1/4) of Section 1, Township 20 North, Range 7 East, Perry County, Alabama.

LESS AND EXCEPT one-half (1/2) acre in the Southeast corner of the North half of the Northeast Quarter of the Southeast Quarter (N 1/2 of the NE 1/4 of the SE 1/4) of said Section 1, Township 20 North, Range 7 East. Said one-half (1/2) acre lot being one hundred- forty-eight (148) feet square.

7.50 acres, more or less, lying North and West of Alvin Carter Road in the West Half of the Northwest Quarter of the Southwest Quarter of Section 6, Township 20 North, Range 8 East, Perry County, Alabama.

This conveyance is made subject to any and all easements, encumbrances, restrictions, reservations and rights of way, if any, appearing of record affecting the above described property. This conveyance is also made subject to the statutory rights of redemption from said foreclosure sale on the part of those entitled to redeem as provided by the laws of the State of Alabama and the United States of America and unpaid taxes, if any.

TO HAVE AND TO HOLD, the aforegranted property unto the said Donald Lacy, Ronald Morrison and Jerry Adams, their heirs and assigns, forever.

IN WITNESS WHEREOF, Jimmy Walker Masingill, Jr. A/K/A Jim W. Masingill, Jr., by Bowdy J. Brown, the person making said sale, Alabama Ag Credit, FLCA, by Bowdy J. Brown, as auctioneer and the person making said sale, and Bowdy J. Brown, as auctioneer and the person making said sale, have caused this instrument to be executed on this, the 17th day of December, 2019.

JIMMY WALKER MASINGILL, JR
A/K/A JIM W. MASINGILL, JR.

By: _____
As auctioneer and the person making said sale

ALABAMA AG CREDIT, FLCA

By: _____
As auctioneer and the person making said sale

By: _____
As auctioneer and the person making said sale

STATE OF ALABAMA          )
                          :
COUNTY OF MONTGOMERY      )

I, the undersigned authority, a Notary Public in and for said State and County, hereby certify that Bowdy J. Brown, whose name as auctioneer and the person conducting said sale, is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, in his capacity as auctioneer and the person making said sale, and with full authority, executed the same voluntarily, on the day the same bears date.

Given under my hand and official seal, this 17th day of December, 2019.

Jessica Butler
Notary Public
My commission expires: 10/7/2023

(SEAL)

This instrument prepared by:
Bowdy J. Brown, Esq.
Sasser, Sefton & Brown, P.C.
Post Office Box 4539
Montgomery, Alabama 36103-4539
Our File No.: 49697-161 Jimmy Walker Masingill, Jr. A/K/A Jim W. Masingill, Jr
FOR AD VALOREM TAX PURPOSES: Donald Lacy, Ronald Morrison and Jerry Adams, 3420 Brookwood Road, Birmingham, AL 35223